

JASON BORG - SBN 186173
**SALINGER VAN DYKE**
9132 Elk Grove Blvd
Elk Grove, Ca 95624

Telephone (916) 686-5788
Facsimile (916) 686-5397

Attorneys for Defendant

FILED
JAN 27 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATE BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

Robbie Centeio and Stephanie Centeio,

    Debtor

_____

California Custom Granite & Marble, Inc.

    Plaintiff

    vs.

Robbie Centeio

    Defendant.

Chapter 7

Bankruptcy No. 05-26479-C-7

Adversary Case No. 05-02306-C

JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT

Judgment is hereby entered in the above-entitled matter pursuant to the Stipulation for Judgment entered in, by and between Debtor Robbie Centeio and Plaintiff California Custom Granite & Marble, Inc. as follows:

///

1






IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff California Custome & Granite & Marble, Inc. shall have Judgment against Debtor, Robbie Centeio in the sum of $78,096.17 plus ten percent (10%) interest from November 11, 2004 shall be nondischargeable.

Dated: JAN 27 2006

_____
HONORABLE CHRISTOPHER KLEIN
United States Bankruptcy Judge

2

JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT